MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MICHAEL S. TOWNSEND,

    Plaintiff,

vs.

TRANS UNION LLC,

    Defendant.

No. 2:10-cv-02147-GMN-GWF

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their costs and attorney's fees.

DATED: March 28, 2011.

MITCHELL D. GLINER, ESQ.

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar No. 003419
3017 W. Charleston Blvd. # 95
Las Vegas, Nevada 89102
Attorney for Plaintiff

LEWIS BRISBOIS BISGAARD &
SMITH LLP

_____
JASON G. REVZIN, ESQ.
Nevada Bar No. 8629
6385 S. Rainbow Blvd, Ste. 600
Las Vegas, Nevada 89118
Attorneys for Defendant

**IT IS SO ORDERED** this 27th day of April, 2011.

_____
Gloria M. Navarro
United States District Judge